Isabelle Berwick, Respondent, v. Katherine Martin and William Martin, Appellants.— Judgment affirmed, without costs. There is no excep-

tion that presents a question for review. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.